BEN DUPRE, Bar No. 231191
2005 De La Cruz Bld., Suite 203
Santa Clara, CA 95050
Tel: 408-727-5377
Fax: 408-727-5310

RONALD WILCOX, Bar No. 176601
2021 The Alameda Ste, 200
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for the Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **MOHAMMAD NOMAN SHAIKH**, <br><br> Plaintiff, <br><br> v. <br><br> **EXPERIAN INFORMATION SOLUTIONS, INC.,** <br> and DOES 1-10, <br><br> Defendants. | Case No.: 3:17-cv-6486 <br><br> **STIPULATION TO CONTINUE CMC of FEBRUARY 8, 2018, UNTIL AFTER MEDIATION AND [PROPOSED] ORDER** |

   The parties have stipulated to mediate this matter.  Thus, the parties respectfully request to the court continue the February 8, 2018, Case Management Conference until after the mediation.  The parties will conduct discovery in accordance with the Fed. R. Civ. P.

Date: 1/19/18

/s/Ronald Wilcox
Counsel for Plaintiff

/s/ Christopher K. Spiers,
JONES DAY, Counsel for Defendant

## [PROPOSED] ORDER

The stipulation of the parties is hereby adopted by the Court.

The Case Management Conference Set for February 8, 2018, is hereby continued to _____.

**IT IS SO ORDERED.**

Date:

_____
U.S. DISTRICT JUDGE