1  Daniel J. McLoon (State Bar No. 109598)
   djmcloon@jonesday.com
2  Kerry C. Fowler (State Bar No. 228982)
   kcfowler@jonesday.com
3  Christopher K. Spiers (State Bar No. 300613)
   cspiers@jonesday.com
4  JONES DAY
   555 South Flower Street
5  Fiftieth Floor
   Los Angeles, CA  90071.2300
6  Telephone: +1.213.489.3939
   Facsimile:  +1.213.243.2539
7
   Attorneys for Defendant
8  Experian Information Solutions, Inc.

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  MOHAMMAD NOMAN SHAIKH,           Case No. 3:17-cv-6486

14             Plaintiff,            **STIPULATION TO DISMISS
                                     AND [PROPOSED] ORDER**
15       v.

16  EXPERIAN INFORMATION
    SOLUTIONS, INC. and Does 1-10,
17
               Defendant.
18

19
        The parties hereby stipulate to dismiss this action.
20
        Each side will bear its own costs and attorney's fees.
21

**STIPULATION TO DISMISS and
[PROPOSED] ORDER**

Dated: March 6, 2018                              Dupre Law Firm, P.C.

                                                  By: /s/ Ben E. Dupre
                                                       Ben E. Dupre

                                                  Attorneys for Plaintiffs


Dated: March 6, 2018                              JONES DAY

                                                  By: */s/ Christopher K. Spiers*
                                                       Christopher K. Spiers

                                                  Attorneys for Defendant
                                                  EXPERIAN INFORMATION
                                                  SOLUTIONS, INC.

## [Proposed] ORDER

The stipulation of the parties is hereby adopted by the Court.

**IT IS SO ORDERED.**

Date:

_____
**U.S. District Court Judge**